IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

Plaintiff's name and ID Number: _Gogo Tribe of Tanzania_
_Denis Maringo, A 74858831 (on behalf of Gogo Tribe)_

Place of Confinement: _CCA Houston Processing Center (ICE Custody)_

v.

_Gogo Tribe of Tanzania (through its member/agent Denis Maringo)_

_Google Corporation of Mountain View, CA_

Defendant's name and address

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 18 2007
MICHAEL N. MILBY, CLERK OF COURT

CASE NO. _4:07CV 3087_
(Clerk will assign the number)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, _Denis Maringo_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment    Yes☐ No☒
   b. Rent payments, interest or dividends?           Yes☐ No☒
   c. Pensions, annuities or life insurance payments? Yes☐ No☒
   d. Gifts or inheritances?                          Yes☐ No☒
   e. Family or friends?                              Yes☐ No☒
   f. Any other sources?                              Yes☒ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _Detention law librarian (detainee worker $1.00/day) + nominal assistance from charitable individuals (Average $20-30/month)_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
          Yes☐           No☒
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

excluding ordinary household furnishings and clothing?

Yes☐            No☒

If you answered YES, describe the property and state its approximate value. _____

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __09/12__ day of __2007__, 19__.

_____ Member/Representative for Gogo Tribe of Tanzania
Signature of Plaintiff        ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6-97

# REQUEST FORM
## FORMA DE SOLICITUD

To/Para: Ms. Powers / L-Gilmore      Date/Fecha: 07/04/07

Subject/Austo: Please verify for me balance (account balance for As CURRENT and also AVERAGE MONTHLY AVERAGE for the past 6 months. (At pg. 3 of the attached) Thank you.

NB. The second form has a different format (and confusing — just put the verification anywhere in that form. with asterisk (*)

Detainee's Name/Nombre del Detenido (print): Denis Maringo
A#: 79483831
Nationality/Nacionalidad: African
Dorm#: B2-71

Response/Contestacion: Balance is .84¢ as of 7-6-07 — average monthly — is 13.17. — see attached.

Official's Signature/Firma de Oficiales: Murski
Date/Fecha: 7-6-07

If response is unsatisfactory, check below and resubmit this form for review by the Facility Administrator. Si la respuesta no es satisfactoria ponga una cruz abajo y vuelva a someter esta forma para que el adminstrador de esta institucion lo revise.

[ ] Please review/Revise por favor.

Signature/Firma _____   Date/Fecha _____

Response/Contestacion: _____

RECEIVED JUL 0 5 REC'D

Administrator's Signature/Firma Del Administrator _____   Date/Fecha _____