# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

# NOTICE THAT YOUR COMPLAINT HAS BEEN FILED

It was filed on **September 18, 2007**

The style of the case is

**Gogo Tribe of Tanzania v. Google Corporation of Mountain View, California**

The case number is **4:07–cv–03087**

The District Judge assigned to your case is **Judge Nancy F. Atlas**

The nature of the claim is **Mandamus NOS: 540**

Please write or type the civil action number on the front of all letters and documents. Please address all mail to:

**United States District Clerk's Office
P. O. Box 61010
Houston, Texas 77208–1010**

The case will be handled in the ordinary course of the Court's work. Writing the Court to ask about your case will only <u>SLOW</u> the process.


Date:   September 24, 2007

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

NOTICE OF THE RIGHT TO TRY
A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

Michael N. Milby, Clerk

**UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS**

Gogo Tribe of Tanzania, et al.
  Plaintiff/Petitioner     §
             §
*versus*            §   Case Number: 4:07−cv−03087
             §
Google Corporation of Mountain View,   §
California, et al.
  Defendant/Respondent(s)

# Consent to Proceed Before a Magistrate Judge

  All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____   _____

_____   _____

# Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____   _____
Date             United States District Judge